IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE ELIZABETH GILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 23-00323-KD-MU |
| | ) |
| HAMILTON HOME BUILDERS LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on notice from the parties that this matter has completely settled and that they expect to finalize the settlement details within the next forty-five (45) days. (Doc. 35). Accordingly, this action is **DISMISSED with prejudice subject to the right of either party to reinstate this action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this **8th** day of **August 2024**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**